**9**

Isadore SREBANIG v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. January 5, 1925.) No. 4151. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. A. D. Bearman, of Memphis, Tenn., for

plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court affirmed.